# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ELIZANDRA CORTES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:23-CV-00468-LS |
| | § | |
| **SAMS WEST, INC. D/B/A/ SAMS** | § | |
| **CLUB, WAL-MART STORES EAST,** | § | |
| **INC, and JUSTIN LINEBAUGH,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal with Prejudice,[1] the Court

dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 16, 2025.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 54.